IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SYDNEY WESTBROOK                                                                                    PLAINTIFF

v.                                            Case No. 4:22-cv-4033

SOUTHWEST ARKANSAS ELECTRIC
COOPERATIVE CORPORATION                                                                     DEFENDANT

**ORDER**

      Before the Court is a Joint Stipulation of Dismissal.  ECF No. 17.  The parties stipulate that this case should be dismissed with prejudice.  An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared."  Fed. R. Civ. P. 41(a)(1)(A)(ii).  "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval."  *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984).  The instant stipulation of dismissal is signed by Plaintiff and Defendant.  Thus, Plaintiff's claims against Defendant were effectively dismissed when the parties filed the instant stipulation.  However, this order issues for purposes of maintaining the docket.  Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**.

      The parties indicate that they reached an agreement that resolves all claims in this lawsuit.  If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment.  The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

      **IT IS SO ORDERED**, this 15th day of March, 2023.

                                                    /s/ Susan O. Hickey
                                                    Susan O. Hickey
                                                    Chief United States District Judge